

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-15-00566-CR

Joshua Paul **BRISENO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2328
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. Time is extended to January 11, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court